**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TBS Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-22634** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **January 12, 2022** | X **/s/ Matthew Ciccone** |
| | | Signature of individual signing on behalf of debtor |
| | | **Matthew Ciccone** |
| | | Printed name |
| | | **Chief Executive Officer** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **TBS Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **21-22634**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $      **34,234.25**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $      **34,234.25**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **538,200.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **2,193,900.30**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b      $      **2,732,100.30**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **TBS Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **21-22634**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Checking** | 3275 | $19,871.30 |
| 3.2. | **PNC Bank** | **Checking** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $19,871.30 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **TBS Inc.** | Case number *(If known)* **21-22634** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 13,359.95 | - | 0.00 | = .... | $13,359.95 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $13,359.95 |
|---|---|

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Cohere Collective LLC** | **34%** % | **Unknown** |
| 15.2. | **TBS Management, LLC** | **100%** % | **$1.00** |
| 15.3. | **TBS Ohio, LLC** | **100%** % | **$1.00** |
| 15.4. | **TBS Highline, LLC** | **100%** % | **$1.00** |
| 15.5. | **TBS VAD, LLC** | **100%** % | **Unknown** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

**17.**    **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| | $3.00 |
|---|---|

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **TBS Inc.** | Case number *(If known)* **21-22634** |
|---|---|---|
| | Name | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment** | $8,802.90 | Purchase  Price | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **TBS Inc.** | Case number *(If known)* | **21-22634** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Counter claim against Feenix Venture Opportunity Zone 1 LLC**                                                                 **Unknown**

| Nature of claim | **Counter Claim** |
|---|---|
| Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TBS Inc.** | | Case number *(If known)* **21-22634** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,871.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,359.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $3.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,234.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $34,234.25 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **TBS Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known) **21-22634**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Feenix Venture Partners LLC**
Creditor's Name

**777 Third Avenue, 17th Floor**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/09/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Office Equipment, & furniture; Cohere Collective LLC; TBS Ohio, LLC; TBS Highline; LLC; TBS Management, LLC and TBS VAD, LLC**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | |
|---|---|
| $507,000.00 | $1,000.00 |

**2.2** **U.S. Small Business Administration**
Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/13/2020**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Office Equipment, & furniture; Cohere Collective LLC; TBS Ohio, LLC; TBS Highline; LLC; TBS Management, LLC and TBS VAD, LLC**

**Describe the lien**
**EIDL Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| $31,200.00 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TBS Inc.** | Case number (if known) | **21-22634** |
|--------|---------------|-------------------------|--------------|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$538,200.00**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **TBS Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **21-22634**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Express Kabbage, Inc.**<br>**925B Peachtree Street NE, Suite 1688**<br>**Atlanta, GA 30309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $77,976.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Arsenal Motors Building Associates, LLC**<br>**c/o Q Development LLC**<br>**Attn: Douglas Duerr**<br>**828 W. North Avenue**<br>**Pittsburgh, PA 15233**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $27,787.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Brian J. Sommer, Esquire**<br>**2500 Brooktree Road, Suite 301**<br>**Wexford, PA 15090**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Chroma Co-Working LLC**<br>**c/o The Platform**<br>**3011 W. Grand Boulevard, Suite 2300**<br>**Detroit, MI 48202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **TBS Inc.** | | Case number (*if known*) | **21-22634** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chrome Owner 2.0 LLC**
**c/o The Platform**
**3011 W. Grand Boulevard, Suite 2300**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,688.25 |
|---|---|---|---|

**Cohere Collective LLC**
**c/o Josh Lavrinc**
**707 Kathleen Drive**
**Clairton, PA 15025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,187.00 |
|---|---|---|---|

**Compass Business Solutions, Inc.**
**P.O. Box 1932**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,897.30 |
|---|---|---|---|

**David Hart**
**5904 Beacon Street**
**Pittsburgh, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $442,740.00 |
|---|---|---|---|

**Dennis Ciccone**
**635 Grove Street**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2017

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,200.00 |
|---|---|---|---|

**East Liberty Partners**
**c/o Rabih Helou**
**5523 Baywood Street**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**HB New Economy LLC**
**16701 Collins Avenue**
**Sunny Isles, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/18/2018

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TBS Inc.** | Case number (if known) | **21-22634** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,010.00** |
|---|---|---|---|

**Ideastream d/b/a 90.3 WCPN**
**1375 Euclid Avenue**
**Cleveland, OH 44115**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.54** |
|---|---|---|---|

**Jim Ludwig's Blumengarten**
**2650 Penn Avenue**
**Pittsburgh, PA 15222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655,996.00** |
|---|---|---|---|

**John Rhodes**
**3030 Wiggins Street**
**Pittsburgh, PA 15219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**Joshua Lavrinc**
**1205 Laclair Avenue**
**Pittsburgh, PA 15218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  05/15/2019**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,887.02** |
|---|---|---|---|

**Matthew Ciccone**
**8 Brewer Street, #3**
**Cambridge, MA 02138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Matthew Ciccone**
**8 Brewer Street, #3**
**Cambridge, MA 02138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  12/31/2017**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,292.22** |
|---|---|---|---|

**Morgan Ohland**
**325 Kenmore**
**Morgantown, WV 26505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TBS Inc.** | Case number (if known) | **21-22634** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Newmark Knight Frank**
**1350 Euclid Avenue**
**Cleveland, OH 44115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,036.37 |
|---|---|---|---|

**PNC Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number  **6511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,038.76 |
|---|---|---|---|

**PNC Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number  **4410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,695.84 |
|---|---|---|---|

**PNC Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number  **4394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,250.00 |
|---|---|---|---|

**PNC Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred  **2/11/2019**

Last 4 digits of account number  **4791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,375.00 |
|---|---|---|---|

**PNC Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,673.00 |
|---|---|---|---|

**PNC Bank**
**P.O. Box 489909**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number  **9191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TBS Inc.** | Case number *(if known)* | **21-22634** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Regent Solutions LLC**
**596 Regent Place NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,862.00** |
|---|---|---|---|

**Scene**
**737 Bollivar Road, Suite 4100**
**Cleveland, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen J. Taczak, Esquire**
**23 East Beau Street**
**Washington, PA 15301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222,727.00** |
|---|---|---|---|

**TBS Management LLC**
**3706 Butler Street**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Tejas P. Reddy**
**5616 Elmer Street, Apt. 4**
**Pittsburgh, PA 15232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Tele-Data Communications Services Inc.**
**58 Penn Street**
**Transfer, PA 16154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Zachary Ciccone**
**1205 Laclair Avenue**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/15/2019_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **TBS Inc.** | Case number (if known) | **21-22634** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Brian J. Sommer, Esquire**<br>**2500 Brooktree Road, Suite 301**<br>**Wexford, PA 15090** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Greg R. Zegarelli, Esquire**<br>**Zegarelli Technology & Entrepreneurial**<br>**Ventures Law Group, PC**<br>**301 Grant Sreet, Suite 4300**<br>**Pittsburgh, PA 15219** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,193,900.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,193,900.30 |

**Fill in this information to identify the case:**

Debtor name  **TBS Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **21-22634**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Coworking Services Agreement** | |
| State the term remaining **8 years** | **Arsenal Motors Building Associates, LLC** |
| List the contract number of any government contract | **c/o Q Development LLC** |
| | **Attn: Douglas Duerr** |
| | **828 W. North Avenue** |
| | **Pittsburgh, PA 15233** |

**Fill in this information to identify the case:**

Debtor name    **TBS Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **21-22634**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | **American Express Kabbage, Inc.** | ☐ D _____ <br> ☑ E/F ___3.1___ <br> ☐ G _____ |
| 2.2 | **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | **Feenix Venture Partners LLC** | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | **PNC Bank** | ☐ D _____ <br> ☑ E/F ___3.20___ <br> ☐ G _____ |
| 2.4 | **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | **PNC Bank** | ☐ D _____ <br> ☑ E/F ___3.21___ <br> ☐ G _____ |
| 2.5 | **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | **PNC Bank** | ☐ D _____ <br> ☑ E/F ___3.22___ <br> ☐ G _____ |

| Debtor | **TBS Inc.** | | Case number *(if known)* | **21-22634** |
|---|---|---|---|---|

| ██ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Matthew Ciccone | 8 Brewer Street, #3<br>Cambridge, MA 02138 | PNC Bank | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.7 | Matthew Ciccone | 8 Brewer Street, #3<br>Cambridge, MA 02138 | PNC Bank | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.8 | Matthew Ciccone | 8 Brewer Street, #3<br>Cambridge, MA 02138 | PNC Bank | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.9 | Rabih  Helou | 5523 Baywood Street<br>Pittsburgh, PA 15206 | PNC Bank | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.10 | Rabih Helou | 5523 Baywood Street<br>Pittsburgh, PA 15206 | American Express<br>Kabbage, Inc. | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.11 | Rabih Helou | 5523 Baywood Street<br>Pittsburgh, PA 15206 | Feenix Venture<br>Partners LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Rabih Helou | 5523 Baywood Street<br>Pittsburgh, PA 15206 | PNC Bank | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.13 | Rabih Helou | 5523 Baywood Street<br>Pittsburgh, PA 15206 | PNC Bank | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |

| Debtor | **TBS Inc.** | | Case number *(if known)* | **21-22634** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Rabih Helou**    **5523 Baywood Street** <br> **Pittsburgh, PA 15206** | **PNC Bank** | ☐ D _____ <br> ■ E/F   **3.23** <br> ☐ G _____ |
| 2.15 | **Rabih Helou**    **5523 Baywood Street** <br> **Pittsburgh, PA 15206** | **PNC Bank** | ☐ D _____ <br> ■ E/F   **3.24** <br> ☐ G _____ |
| 2.16 | **Rabih Helou**    **5523 Baywood Street** <br> **Pittsburgh, PA 15206** | **PNC Bank** | ☐ D _____ <br> ■ E/F   **3.25** <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **TBS Inc.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known)  **21-22634**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$470,072.68** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,062,154.16** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,730,127.07** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **TBS Inc.** | Case number *(if known)* **21-22634** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<h3 style="background:black;color:white;display:inline">Part 3:</h3> **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Compass Business Solutions, Inc. vs. The Beauty Shoppe**<br>**AR-20-000726** | **Failure to pay for services render Judgment** | **Court of Common Pleas, Allegheny County**<br>**436 Grant Street**<br>**Pittsburgh, PA 15219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Quality Services Incorporated vs. TBS Inc.**<br>**AR-20-001972** | **Arbitration/Contract** | **Court of Common Pleas, Allegheny County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **AEC Group LLC vs. TBS Inc.**<br>**AR-20-003110** | **Arbitration/Contract** | **Court of Common Pleas, Allegheny County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **TBS, Inc. vs. Feenix Venture Parners, LLC,; Feenix Venutre Partners Opportunity Fund L.P.; Feenix Payment Systems, LLC; FVP Smithfield, LLC and Keith Lee**<br>**656817-2020** | | **Supreme Court of the State of New York**<br>**County of New York**<br>**Ney York County Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **TBS Inc.**                                                    Case number *(if known)* **21-22634**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Feenix Venture Partners, LLC vs TBS, Inc,, Matthew Ciccone and Rabih Helou 651574** | **Summary Judgment** | **Supreme Court of the State of New York County of New York New York County Courthouse 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Calaiaro Valencik 938 Penn Avenue 5th Floor, Suite 501 Pittsburgh, PA 15222** | **$1,610.00 Legal fee $2,662.00 Retainer $338.00 Fiing fee** | | **$4,610.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

| Debtor | **TBS Inc.** | | Case number *(if known)* **21-22634** |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **124 S. Highland Ave., Suite 205 Pittsburgh, PA 15206** | **11/24/2015-4/30/2020** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | **TBS Inc.** | Case number *(if known)* | **21-22634** |
|---|---|---|---|

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**300 Fifth Avenue**<br>**Pittsburgh, PA 15222** | XXXX-1318 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **06/20/2020 (TBS Inc)** | $0.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Debtor | TBS Inc. | Case number *(if known)* | 21-22634 |
| --- | --- | --- | --- |

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.  **Cohere Collective LLC** | **Special-Purchase Entity that is limited partner of a limited partner that owns and operates a real property in Detroit, MI** | EIN:  **83-2641362**<br><br>From-To  **11-15-2018-present** |
| 25.2.  **TBS Management LLC** | **Co-working management compan. Not active** | EIN:  **37-1782036**<br><br>From-To  **4-9-2015-present** |
| 25.3.  **TBS Ohio, LLC** | **Not active. Leased a premises in Cleveland OH to operate co-working** | EIN:  **47-3928307**<br><br>From-To  **2-9-2015-present** |
| 25.4.  **TBS Highline, LLC** | **Not Active. Leased a premises in Pittsburgh, PA to operate co-working** | EIN:  **82-2589835**<br><br>From-To  **8-3-2017-present** |
| 25.5.  **TBS VAD, LLC** | **Leases a premises in Shaker Heights, OH to operate coworking** | EIN:  **85-3354843**<br><br>From-To  **5-21-2019-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **Pam Ludin**<br>**522 Glen Arden Dr.**<br>**Pittsburgh, PA 15208** | **11/01/2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | TBS Inc. | Case number *(if known)* | 21-22634 |

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Gina Levine**<br>**Markovitz Dugan & Associates**<br>**1001 East Entry Drive, Suite 200**<br>**Pittsburgh, PA 15216** | **01/01/2015-2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Shamus Brennan**<br>**Brennan Piper & Associates PC**<br>**811 Boyd Avenue, Suite 205**<br>**Pittsburgh, PA 15238** | **November 2021-December 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Matthew Ciccone**<br>**8 Brewer Street, #3**<br>**Cambridge, MA 02138** | |
| 26c.2. **Pam Ludin**<br>**522 Glen Arden Dr.**<br>**Pittsburgh, PA 15208** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Little Wizzy Ventures** | **94 Reade Street, Fl. 4**<br>**New York, NY 10013** | | **4.50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Feenix Ventures** | **777 Third Avenue, 23rd Fl.**<br>**New York, NY 10017** | | **0.78** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Zachary Ciccone** | **1205 Laclair Avenue**<br>**Pittsburgh, PA 15218** | **Founder** | **4.83** |

Debtor    **TBS Inc.**    Case number *(if known)*    **21-22634**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HB New Economy LLC** | **16701 Collins Avenue Sunny Isles, FL 33160** | | **1.53** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andy Taylor** | **49 Summit Road Riverside, CT 06878** | | **1.15** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keith Lee** | **110 Horatio Street, Apt. PH3 New York, NY 10014** | | **.78** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Josh Lavrinc** | **707 Kathleen Drive Clairton, PA 15025** | | **4.09** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Ciccone** | **8 Brewer Street, #3 Cambridge, MA 02138** | | **37.87** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rabih Helou** | **5523 Baywood Street Pittsburgh, PA 15206** | | **30.95** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicholas Menzies** | **142 Brookside Road Darien, CT 06820** | | **4.50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Benbow Ventures** | **3030 Wiggins Street Pittsburgh, PA 15219** | | **9.05** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rabih Helou** | **5523 Baywood Street Pittsburgh, PA 15206** | **COO** | **No longer serving as of Fall of 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Debtor | **TBS Inc.** | | Case number *(if known)* **21-22634** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Matthew Ciccone**<br>**8 Brewer Street, #3**<br>**Cambridge, MA 02138** | **$47,916.71 gross salary (pre-tax)** | **1/1/2021-12/14/2021** | **On-going services in executive role** |
| | **Relationship to debtor**<br>**CEO, Director, Shareholder, Creditor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 12, 2022__

__/s/ Matthew Ciccone__                          __Matthew Ciccone__
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    __Chief Executive Officer__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  __TBS Inc.__ _____  Case No.  __21-22634__

_____
Debtor(s)  Chapter  __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____  $ _____ **4,272.00**

Prior to the filing of this statement I have received _____  $ _____ **4,272.00**

Balance Due _____  $ _____ **0.00**

2.  $__**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor  ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor  ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **All work billed hourly**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **All work billed hourly**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 12, 2022__ _____  __/s/ David Z. Valencik__ _____
_Date_  **David Z. Valencik**
  _Signature of Attorney_
  **Calaiaro Valencik**
  **938 Penn Avenue, 5th Fl.**
  **Suite 501**
  **Pittsburgh, PA 15222**
  **412-232-0930  Fax: 412-232-3858**
  **dvalencik@c-vlaw.com**
  _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **TBS Inc.**        Case No.   **21-22634**

             Debtor(s)        Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **January 12, 2022**        **/s/ Matthew Ciccone**

                                         **Matthew Ciccone**/**Chief Executive Officer**

                                         Signer/Title